UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :   22-MJ-6027(DEA)

    vs.  :   ORDER APPOINTING FEDERAL
                                PUBLIC DEFENDER

DION MARSH  :

The financial inability of the defendant to retain counsel having been established by the court, and the defendant not having waived the appointment of counsel, and for good cause shown; it is on this 17th day of June, 2022,

ORDERED that the Federal Public Defender Organization for the District of New Jersey is hereby appointed to represent said defendant in this cause, for the purposes of today's hearing, until further order of this court.

 

**DOUGLAS E. ARPERT**
United States Magistrate Judge

cc: Federal Public Defender