UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Honorable Douglas E. Arpert |
| v. | Mag. No. 22-6027 (DEA) |
| DION MARSH | **DETENTION ORDER** |

    This matter having been opened to the Court on motion of the United States, by Philip Selinger, United States Attorney for the District of New Jersey (R. Joseph Gribko, Assistant United States Attorney, appearing), for an order pursuant to Title 18, United States Code, Section 3142(e) to detain defendant Dion Marsh without bail pending trial in the above-entitled matter because the defendant poses a danger to the community and a risk of flight; the Court having heard and considered the arguments of the parties at the initial appearance proceedings on June 17, 1022; for the reasons stated by the Court on the record; and for good cause shown:

    IT IS, therefore, on this  17th  day of June, 2022

    ORDERED that the motion of the United States for an order detaining Dion Marsh without bail pending trial is hereby GRANTED, and defendant is hereby ORDERED DETAINED.  Defendant by and through counsel, reserves the right to request a full hearing before this Court pursuant to Title 18, United States Code, Section 3142(f) on the issue of release at a later date; and it is further

    ORDERED, pursuant to Title 18, United States Code, Section 3142, that defendant be committed to the custody of the Attorney General or his authorized representative pending trial in the above-entitled matter; and it is further

    ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant be confined in a corrections facility separate, to the extent practicable, from persons awaiting or

serving sentences or being held in custody pending appeal; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

_____
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge